MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 97-267 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING DETENTION HEARING |
| v. ) | |
| ) | |
| KAMAL M. KADRI, ) | |
| ) | |
| Defendant. ) | |

    The defendant, KAMAL M. KADRI, represented by Alexandra McClure, and the government, represented by Rita F. Lin, Assistant United States Attorney, are currently scheduled to appear before the Court on March 20, 2015, for a detention hearing. The detention hearing had originally begun on March 13, 2015, but the defendant requested additional time to gather the required documentation to support the posting of real property to secure a bond for the defendant's release. Accordingly, the hearing was continued to March 20, 2015.

    The parties respectfully request that the March 20, 2015, hearing be continued to March 24, 2015. The defendant needs additional time to gather the required documentation and to present that information to government counsel in advance of the hearing. Counsel for the government has no

STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING
NO. CR 97-267 MMC

1  objection to that request, and indeed, joins the request for a continuation to the March 24, 2015, date due
2  to a scheduling conflict.

4  Dated:  March 18, 2015                                    Respectfully submitted,

                                                             MELINDA HAAG
                                                             United States Attorney


                                                             By:      /s/ Rita F. Lin                    
                                                                 RITA F. LIN
                                                                 Assistant United States Attorney


                                                             By:      /s/ Alexandra McClure              
                                                                 ALEXANDRA MCCLURE
                                                                 Counsel for Defendant Kamal M. Kadri

## [PROPOSED] ORDER

    IT IS HEREBY ORDERED that the detention hearing scheduled for March 20, 2015, is continued to March 24, 2015.

DATED:  March 18, 2015                                       _____
                                                             HONORABLE MARIA-ELENA JAMES
                                                             United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING
NO. CR 97-267 MMC