K. ALEXANDRA McCLURE
California SBN 189679
Law Office of Alexandra McClure
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 814-3397
Facsimile: (415) 255-8631
alex@alexmcclurelaw.com

Attorney for Defendant KAMAL M. KADRI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **Case No. CR-97-0267 MMC** |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 22, 2015 STATUS HEARING DATE |
| vs. | ) | |
| | ) | **Court:**     **Hon. Maxine M. Chesney** |
| KAMAL M. KADRI, | ) | |
| Defendant. | ) | |

The parties to the above-captioned matter stipulate as follows:

1. A detention hearing was held in this case on March 24, 2015 and Mr. Kadri was ordered released on a partially-secured bond.

2. At the conclusion of that hearing, the parties set the matter on this Court's calendar for April 22, 2015 for our first appearance in the District Court. Judge Maria Elena James ordered that the time between March 24 and April 22, 2015 would be

STIPULATION & ORDER
CR-97-267 MMC                                   1

excluded under the Speedy Trial Act.

3. Undersigned defense counsel will be in Sacramento from April 21-22, 2015, and has recently learned that she is unable to return to San Francisco in time to attend the status hearing in this case on the afternoon of April 22, 2015.

4. On Friday April 17, 2015, after speaking with Assistant United States Attorney Rita Lin about the matter, undersigned counsel for Defendant Kadri telephoned this Court's courtroom deputy Tracy Lucero and confirmed that May 13, 2015 is an available date for a further status hearing in this matter.

5. Undersigned counsel also telephoned Mr. Kadri and confirmed that he has no objection to the continuance.

6. The parties therefore stipulate and request that the hearing date of April 22, 2015 be continued to May 13, 2015.  The parties further agree to exclude time under the Speedy Trial Act in order accommodate defense counsel's unavailability and in order to permit defense counsel time to review the discovery pursuant to 18 U.S.C. § 3161(h)(7). The parties also stipulate that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7).

Dated: April 18, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/_____
RITA LIN
Assistant United States Attorney


 /s/_____
K. ALEXANDRA McCLURE
Attorney for Defendant Kamal M. Kadri

## ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between April 22, 2015, and May 13, 2015, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 22, 2015, and May 13, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that:

1. The status hearing is continued from April 22, 2015 to May 13, 2015; and
2. The time between April 22, 2015, and May 13, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 20, 2015

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION & ORDER
CR-97-267 MMC                    3