1  K. ALEXANDRA McCLURE
   California SBN 189679
2  Law Office of Alexandra McClure
   214 Duboce Avenue
3  San Francisco, CA 94103
   Telephone: (415) 814-3397
4  Facsimile: (415) 255-8631

5

6  Counsel for Defendant KAMAL M. KADRI

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-97-267 MMC
                                  )
12            Plaintiff,           )   **STIPULATION AND ~~PROPOSED~~**
                                  )   **ORDER MODIFYING MOTIONS**
13 v.                             )   **BRIEFING SCHEDULE AND SETTING**
                                  )   **HEARING DATE**
14                                )
                                  )
15 KAMAL M. KADRI,                )
                                  )
16            Defendant.          )
   _____)
17

18

19     THE PARTIES HEREBY STIPULATE AND AGREE that the motions briefing schedule

20 previously agreed upon and set by the Court at the last calling of the case is modified as follows:

21     1.   Defendant Kamal Kadri shall file pretrial motions on or before September 2, 2015;

22     2.   The United States shall file opposition briefs, if any, to the motions on or before

23          September 23, 2015;

24     3.   The Defendant shall file any reply briefs on or before October 7, 2015.

25 The parties further stipulate and agree that the motions hearing in this matter shall be set for

26
   Stipulation and ~~[Proposed]~~ Order
   re Motions Briefing Schedule
   US v. Kadri, CR 97-267 MMC            1

1  October 21, 2015 or as soon thereafter as is convenient for the Court.

2  The reasons for the parties' request are: 1) undersigned defense counsel Alexandra
3  McClure requires additional time to conduct investigation related to the proposed defense
4  motions; and 2) defense counsel requires additional time in order to collect and present mitigation
5  materials in the form of medical information to the Assistant United States Attorney Rita Lin as
6  part of the parties' ongoing settlement discussions.

7  The parties further agree that time may be excluded under the Speedy Trial Act in order
8  accommodate defense counsel's need to conduct further investigation in order to prepare pretrial
9  motions pursuant to 18 U.S.C. § 3161(h)(7). The parties also stipulate that the ends of justice
10 served by granting such a continuance outweigh the best interests of the public and the defendant
11 in a speedy trial. 18 U.S.C. §3161(h)(7).

12  IT IS SO STIPULATED.

14  Dated: July 16, 2015

16  */s/*
    K. ALEXANDRA McCLURE
    Attorney for KAMAL M. KADRI

18  Dated: July 16, 2015

19  /s/
    RITA LIN
20  Assistant U.S. Attorney

Stipulation and [Proposed] Order
re Motions Briefing Schedule
US v. Kadri, CR 97-267 MMC            2

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the briefing schedule and motion hearing date previously agreed upon by the parties and ordered by this Court is hereby VACATED. The schedule proposed by the parties in the parties' present stipulation and as set forth above is hereby adopted by the Court. The Motion hearing in this matter is scheduled for October 21, 2015.

As agreed by the parties, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until September 2, 2015.

IT IS SO ORDERED.

Dated: July 16, 2015

_____
MAXINE M. CHESNEY
United States District Judge