BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 97-267 MMC |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) REGARDING BRIEFING SCHEDULE FOR |
| | ) DEFENDANT'S SPEEDY TRIAL MOTION |
| KAMAL M. KADRI, | ) |
| Defendant. | ) |

    The defendant, KAMAL M. KADRI, represented by Alexandra McClure, and the government, represented by Rita F. Lin, Assistant United States Attorney, are currently scheduled to appear before the Court on October 21, 2015, for a hearing on two potential pretrial motions by the defendant. The defendant has determined that he will file only one of those two motions: specifically, a motion concerning his speedy trial rights. Currently, the defendant is scheduled to file that motion on September 2, 2015, with the government's opposition brief due on September 23, 2015, and the defendant's reply due on October 7, 2015.

    The parties respectfully request to continue the briefing dates on the defendant's speedy trial motion. On August 25, 2015, the defendant requested additional discovery from the government in

connection with that motion.  The government is in the process of searching for the requested documents, and will make every effort to have those documents available by September 11, 2015. Assuming the government will be able to obtain those documents by that date, the parties do not believe it will be necessary to change the current October 21, 2015 hearing date.  However, the parties hereby stipulate and jointly request that the briefing dates be continued such that the defendant's speedy trial motion will be due on September 16, 2015, that the government's opposition will be due on September 30, 2015, and that the defendant's reply brief will be due on October 7, 2015.  That will permit the defendant time to evaluate the discovery produced by the government in advance of filing his motion.

Dated:  September 1, 2015

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: _____/s/ Rita F. Lin_____
    RITA F. LIN
    Assistant United States Attorney

By: _____/s/ Alexandra McClure_____
    ALEXANDRA MCCLURE
    Counsel for Defendant Kamal M. Kadri

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the defendant's speedy trial motion will be due on September 16, 2015, that the government's opposition will be due on September 30, 2015, and that the defendant's reply brief will be due on October 7, 2015.  The motion will remain scheduled for hearing on October 21, 2015 at 2:15 p.m.

DATED: __September 2, 2015__

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE SPEEDY TRIAL MOTION BRIEFS
NO. CR 97-267 MMC