MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 97-267 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED BRIEFING SCHEDULE FOR DEFENDANT'S SPEEDY TRIAL MOTION |
| v. | |
| KAMAL M. KADRI, | |
| Defendant. | |

    The defendant, KAMAL M. KADRI, represented by Alexandra McClure, and the government, represented by Rita F. Lin, Assistant United States Attorney, are currently scheduled to appear before the Court on October 21, 2015, for a hearing on a motion concerning his speedy trial rights. Currently, the defendant is scheduled to file that motion on September 16, 2015, with the government's opposition brief due on September 30, 2015, and the defendant's reply due on October 9, 2015.

    The parties respectfully request to continue the briefing dates on the defendant's speedy trial motion by two days. On August 25, 2015, the defendant requested additional discovery from the government in connection with that motion. The government responded with most, but not all, of the discovery requested on September 11, 2015. In response, today, the defendant provided some additional

STIPULATION AND [PROPOSED] ORDER RE SPEEDY TRIAL MOTION BRIEFS
NO. CR 97-267 MMC

1  detail regarding the discovery sought.  In an attempt to keep the current hearing date, the government
2  will make its best efforts to produce the remaining discovery in the next day or two.  To allow the
3  defendant time to evaluate those materials, the parties stipulate and jointly request that the briefing dates
4  be continued by two days such that the defendant's speedy trial motion will be due on September 18,
5  2015, that the government's opposition will be due on October 2, 2015, and that the defendant's reply
6  brief will be due on October 9, 2015.

8  Dated:   September 14, 2015                            Respectfully submitted,

                                                         MELINDA HAAG
                                                         United States Attorney


                                                         By:  _____/s/_Rita F. Lin_____
                                                             RITA F. LIN
                                                             Assistant United States Attorney



                                                         By:  _____/s/ Alexandra McClure_____
                                                             ALEXANDRA MCCLURE
                                                             Counsel for Defendant Kamal M. Kadri


                              [PROPOSED] ORDER

    IT IS HEREBY ORDERED that the defendant's speedy trial motion will be due on September
18, 2015, that the government's opposition will be due on October 2, 2015, and that the defendant's
reply brief will be due on October 9, 2015.  The motion ^is hereby rescheduled w̶i̶l̶l̶ ̶r̶e̶m̶a̶i̶n̶ ̶s̶c̶h̶e̶d̶u̶l̶e̶d̶ for hearing on October
2̶1̶ ^28, 2015 at 2:15 p.m. Contrary to the above stipulation, the filing deadline for the reply was October 7, 2015, not October 9, 2015.  (<u>See</u> Order, filed Sept. 2, 2015.)

DATED:  September 15, 2015                        _____
                                                  HONORABLE MAXINE M. CHESNEY
                                                  United States District Court Judge