**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KAMAL KADRI,<br><br>    Defendant. | No. CR 97-0267 MMC<br><br>**ORDER DIRECTING DEFENDANT KAMAL KADRI TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT** |

    On September 18, 2015, defendant Kamal Kadri electronically filed his "Motion to Dismiss the Indictment Due to Violation of the Right to a Speedy Trial." Defendant has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Crim. L.R. 2-4 ("[A]n extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. . . . 5-1(e)(7)").

    Defendant is hereby ORDERED to comply with the Local Rules of this District by immediately submitting a chambers copy of the above-referenced document.[1] Defendant is hereby advised that if he fails in the future to comply with the Local Rules requiring him to

---

[1] The Court did, however, receive chambers copies of the declarations and exhibits submitted in support of Defendant's motion, and said documents need not be resubmitted.

1 | provide a chambers copy of electronically filed documents, the Court may impose
2 | sanctions, including, but not limited to, striking from the record any electronically filed
3 | document for which a chambers copy has not been timely provided to the Court.
4 | **IT IS SO ORDERED.**

6 | Dated: September 28, 2015

MAXINE M. CHESNEY
United States District Judge