```
MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 97-267 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED BRIEFING SCHEDULE |
| v. ) | FOR DEFENDANT'S SPEEDY TRIAL MOTION |
| ) | |
| KAMAL M. KADRI, ) | |
| ) | |
| Defendant. ) | |

The defendant, KAMAL M. KADRI, represented by Alexandra McClure, and the government, represented by Rita F. Lin, Assistant United States Attorney, are currently scheduled to appear before the Court on October 28, 2015, for a hearing on a motion concerning his speedy trial rights. Defendant has filed the motion and the United States' opposition is currently due on October 2, 2015, and the defendant's reply due on October 9, 2015.

The parties respectfully request to continue the briefing dates on the defendant's speedy trial motion due to the fact that the parties are currently negotiating a disposition of this case. To allow the defendant time to provide the United States with additional materials, including medical information, the parties stipulate and jointly request that the briefing dates be continued such that the government's

STIPULATION AND [PROPOSED] ORDER RE SPEEDY TRIAL MOTION BRIEFS
NO. CR 97-267 MMC

1  opposition will be due on October 30, 2015, and that the defendant's reply brief will be due on
2  November 13, 2015.  The parties jointly request that the hearing be set for December 2, 2015.  With the
3  defendant's motion pending, the Speedy Trial Act remains tolled.

5  Dated:   October 2, 2015                             Respectfully submitted,

6                                                                            MELINDA HAAG
7                                                                            United States Attorney

9                                                                   By:      /s/  Rita F. Lin
                                                                             RITA F. LIN
                                                                             Assistant United States Attorney

12                                                                  By:      /s/ Alexandra McClure
                                                                             ALEXANDRA MCCLURE
13                                                                           Counsel for Defendant Kamal M. Kadri

15                                          **[PROPOSED] ORDER**

16       IT IS HEREBY ORDERED that the government's opposition to the defendant's Speedy Trial
17  motion will be due on October 30, 2015, and that the defendant's reply brief will be due on November
18  13, 2015.  The motion hearing will be on December 2, 2015 at 2:15 p.m.

20  DATED: October 5, 2015                              _____
                                                        HONORABLE MAXINE M. CHESNEY
21                                                      United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE SPEEDY TRIAL MOTION BRIEFS
NO. CR 97-267 MMC