IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAMAL M. KADRI,<br><br>    Defendant.<br>_____/ | No. C-97-267 MMC<br><br>**ORDER DEEMING DEFENDANT'S SPEEDY TRIAL MOTION WITHDRAWN** |

On September 18, 2015, defendant Kamal M. Kadri filed a "Motion to Dismiss the Indictment due to Violation of the Right to a Speedy Trial." Thereafter, on October 28, 2015, two days before the government's opposition was due, defendant entered guilty pleas pursuant to a plea agreement.

In light of the above, the Court deems the motion to dismiss WITHDRAWN.

**IT IS SO ORDERED.**

Dated: November 6, 2015

                                             MAXINE M. CHESNEY
                                             United States District Judge