1  K. ALEXANDRA McCLURE
   California SBN 189679
2  Law Office of Alexandra McClure
   214 Duboce Avenue
3  San Francisco, CA 94103
   Telephone:  (415) 814-3397
4  Facsimile: (415 ) 255-8631

5

6  Counsel for Defendant KAMAL M. KADRI

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR-97-267 MMC
                                       )
12             Plaintiff,              )   [PROPOSED] ORDER EXONERATING
                                       )   BOND
13 v.                                  )
                                       )
14                                     )   Court: Hon. Maxine M. Chesney
                                       )
15 KAMAL M. KADRI,                     )
                                       )
16             Defendant.              )
   _____)

17

18      On April 25, 2016, Kamal M. Kadri reported to the Bureau of Prisons to commence

19 serving the prison sentence imposed by this Court.  The bond in this case is hereby

20 EXONERATED.  The Clerk of the Court shall authorize the reconveyence of property posted in

21 this matter to secure the release of Kamal M. Kadri.

22           IT IS SO ORDERED.

23 Dated: 5/12/2016                                _____
                                                   MAXINE M. CHESNEY
24                                                 United States District Judge

25

26

[Proposed] Order Exonerating Bond
*US v. Kadri*, CR 97-267 MMC                   1