1  K. ALEXANDRA McCLURE
   California SBN 189679
2  Law Office of Alexandra McClure
   214 Duboce Avenue
3  San Francisco, CA 94103
   Telephone: (415) 814-3397
4  Facsimile: (415) 255-8631

5

6  Counsel for Defendant KAMAL M. KADRI

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,          )   No. CR-97-267 MMC
                                      )
13          Plaintiff,                )   **[PROPOSED]** ORDER RETURNING
                                      )   **PASSPORTS SURRENDERED TO**
14 v.                                 )   **COURT**
                                      )
15                                    )   Court: Hon. Maxine M. Chesney
                                      )
16 KAMAL M. KADRI,                    )
                                      )
17          Defendant.                )
   _____)
18

19                              **STIPULATION**

20       On April 25, 2016, Kamal M. Kadri reported to the Bureau of Prisons to commence

21 serving the prison sentence imposed by this Court. The United States Pretrial Services Office

22 will not return the passports surrendered to the Court at the time of Mr. Kadri's pretrial release in

23 this case without a Court order. The parties therefore agree that the passports (United States and

24 Syrian) that were surrendered to the U.S. District Court at the time of his pretrial release on bond

25 in this case should now be returned to Mr. Kadri or either of his representatives, his son Noore

26 Kadri, or his attorney, K. Alexandra McClure.

[Proposed] Order Exonerating Bond
*US v. Kadri*, CR 97-267 MMC              1

IT IS SO STIPULATED.

Dated: _____                                K. ALEXANDRA McCLURE

                                                                      _____/s_____
                                                                       Attorney for Defendant
                                                                       KAMAL M. KADRI

Dated: _____                                RITA LIN

                                                                       _____/s/_____
                                                                       Assistant United States Attorney

**ORDER**

For the reasons stated in the above stipulation, the Court hereby orders the return of Kamal M. Kadri's passports to him, or to his representatives, son Noore Kadri or attorney K. Alexandra McClure.

IT IS SO ORDERED.

Dated: 5/13/2016                              _____
                                                                   MAXINE M. CHESNEY
                                                                   United States District Judge